# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA REYES,<br><br>Defendant. | Case No. CR 18-00714-PSG<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On November 6, 2020, Defendant made her initial appearance on the petition for revocation of supervised release and warrant for arrest issued on July 31, 2020. Deputy Federal Public Defender Craig Harbaugh was appointed to represent Defendant.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include defendant's failure to report to the U.S. Probation officer and absconding from supervision

☒ history of substance abuse

B.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition (see above)

☒ criminal history, and history of substance abuse

### III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: November 6, 2020

                                                     /s/
                                     ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE