FILED
CLERK, U.S. DISTRICT COURT
NOV - 9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> Patricia Argelia Reyes, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: CR 18-0714-PSG <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of his/**her** [probation] **supervised release**; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/**her** burden of establishing by clear and convincing evidence that he/**she** is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _three prior revocations, criminal convictions while_

1 | on release, absconder status, no known bail resources,
2 | ongoing substance abuse
3 |
4 | and/or
5 | B.  (✓)  The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: lengthy criminal history, ongoing substance abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Nov. 9, 2022

*/s/ Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2